FILED
1:06 pm, 8/10/26
Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**BRANDON EPHRIAM WASHINGTON,**

Defendant.

**CRIMINAL COMPLAINT**

**Case Number:** L:26-mj-00049-KHR

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about July 28, 2026, in the District of Wyoming, the Defendant, **BRANDON EPHRIAM WASHINGTON**, knowingly and willfully did transmit in interstate commerce from the State of Florida to the State of Wyoming a communication on Instagram to Victim 1, and the communication contained a threat to injure Victim 1, specifically a threat to shoot Victim 1.

In violation of 18 U.S.C. § 875(c).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts: ***(See attached Sworn Statement)***

Continued on the attached sheet and made a part hereof.

Nicole Jones
Signature of Complainant
NICOLE JONES

Sworn to before me and subscribed ~~in my presence,~~ via telephone.

August 10, 2026 at Mammoth, WY
Date | City and State

HON. STEPHANIE A. HAMBRICK
United States Magistrate Judge
Name & Title of Judicial Officer

Stephanie Hambrick
Signature of Judicial Officer

**SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT**
**FBI SPECIAL AGENT NICOLE JONES**
**U.S. v. BRANDON EPHRIAM WASHINGTON**

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been since August 2021. I am currently assigned to the Cheyenne, Wyoming Resident Agency. At the FBI academy and during my law enforcement career, I have received training and gained experience in interviewing techniques, arrest procedures, and search and seizure warrant applications, to include the execution of search and seizure warrants. I have participated in investigations involving threatening communications, and crimes committed using social media, email, telephone, and other electronic platforms.

2. I am currently assigned to the Wyoming Internet Crimes Against Children (ICAC) Taskforce. The Wyoming ICAC is a cooperative effort of members from the Wyoming Division of Criminal Investigation (DCI), the Federal Bureau of Investigation (FBI) and the Homeland Security Investigations (HSI) Wyoming offices, whose purpose is to investigate criminal violations of both federal and state child pornography and child exploitation laws. As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A. These crimes are often computer-based and involve electronically stored information and digital evidence.

3. I have prepared and executed numerous federal search warrants for electronically stored information and digital evidence, including records maintained by online service providers, telecommunications providers, social media companies, and electronic communications services. I have utilized the information contained in these accounts to identify account holders, authenticate

communications, establish attribution, and gather evidence related to federal criminal offenses.

4. The facts in this sworn statement come from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses. This sworn statement is intended to show merely that there is sufficient probable cause and does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE**

5. On July 4, 2026, an 18-year-old black male traveled by boat to Horn Island, a thin barrier island off the Mississippi Gulf Coast. He was reported missing later that evening. His body was subsequently located by law enforcement deceased in the water off Horn Island.

6. Victim 1 (V1), who resides in Wyoming, was interviewed by phone by the FBI in Jackson, Mississippi regarding a recent death threat received by members of a football team in Wyoming. V1 provided the following information.

7. V1 played for a football team in Wyoming and his name had been mentioned in recent news stories about the death of the male described above. On July 4, 2026, V1 was near Horn Island and was one of the people on a boat who tried to help another boat that was taking on water. The male described above was on the boat taking on water.

8. At approximately 6:57 am on July 28, 2026, V1 and several teammates received the following message on Instagram from user @904hustler_: **"Y'all mite at well shut the whole program down because the next game we shooting every white people on that field including [Victim 1] the hitters from the 904 on the way right now"**

9. V1 provided a screen capture of the threat he and his teammates received. The subject's Instagram profile had a link to a Snapchat account, B.w14, so V1 was able to obtain screen captures of the subject's Snapchat profile and a possible photo of the subject, who appeared

to be a middle-aged black male.

10. An emergency disclosure request served to Meta Platforms Inc by the Jackson, Mississippi FBI field office for Instagram account @904hustler_ revealed a verified email address brandonwashington412@***.com, username "Ben", date of birth in 1996, and a phone number beginning with area code 904. 904 is the area code for Jacksonville, Florida. IP addresses provided by Meta also resolved to Jacksonville, Florida.

11. Further investigation into this information revealed these identifiers and accounts belonged to Brandon Ephriam Washington, who resides at an address in Jacksonville, FL, likely with his mother. Washington's Driver's License photo is visually similar to the male pictured on the B.w14 Snapchat account. A lead was sent to the FBI in Jacksonville to interview Washington regarding the threat made to V1 and his teammates.

12. Based on the forgoing, your Affiant believes that probable cause exists showing BRANDON EPHRIAM WASHINGTON violated Title 18 U.S.C. § 875(c).

**END OF SWORN STATEMENT**