JULIE WITHERS, New York Bar No. 4264289
Asst. Federal Public Defender
5353 Yellowstone Road Ste. 207
Cheyenne WY 82009
Phone: 307-772-2781
Facsimile: 307-772-2788
julie_withers@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON EPHRIAM WASHINGTON,<br><br>Defendant. | Case No. 26-MJ-49-KHR |

---

## ENTRY OF APPEARANCE

---

Julie Withers, Assistant Federal Public Defender, enters her appearance as appointed counsel for the Defendant in the above-captioned matter now pending before this Court.

DATED this 31st day of August 2026.

Respectfully submitted,

TRACY R. HUCKE
Federal Public Defender

*/s/ Julie Withers*
JULIE WITHERS
Assistant Federal Public Defender

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026 the foregoing was electronically filed and consequently served on counsel of record.

*/s/ Julie Withers*
JULIE WITHERS